**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Julio Ochoa Reyes, Flor Azucena Martinez Constante,
and Elsa Quiroz Reyes, Defendants,

Of whom Flor Azucena Martinez Constante is the
Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2023-000303

———————

Appeal From Spartanburg County
M. Todd Thigpen, Family Court Judge

———————

Unpublished Opinion No. 2023-UP-338
Submitted October 19, 2023 – Filed October 20, 2023

———————

**AFFIRMED**

———————

Jennifer Lynn Mook, of Law Office of Jennifer Mook,
LLC, of Aiken, for Appellant.

Kathryn J. Walsh, of South Carolina Department of
Social Services, of Spartanburg, for Respondent.

Wendy Nicole Griffith, of Talley Law Firm, P.A., of Spartanburg, for the Guardian ad Litem.

———————

**PER CURIAM:** Flor Azucena Martinez Constante appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Constante's counsel.

**AFFIRMED.**[1]

**MCDONALD and VINSON, JJ., and BROMELL HOLMES, A.J., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.